United States District Court
Southern District of Texas
**ENTERED**
March 11, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-00545 |
|---|---|---|---|

**TIMOTHY MCKIMMY**

*versus*

**OPENSEA**

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Rodger R. Cole<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>(650) 988-8500<br>rcole@fenwick.com<br>California State Bar No. 178865 |
| Name of party applicant seeks to appear for: | Defendant Ozone Networks, Inc. d/b/a OpenSea |

Has applicant been sanctioned by any bar association or court?  Yes _____  No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/9/2022 | Signed: | /s/ Rodger R. Cole |
|---|---|---|

The state bar reports that the applicant's status is: *Active*

Dated: 3/11/22  Clerk's signature: _____

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 3/11/22  _____
United States District Judge