IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY MCKIMMY, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> OPENSEA, § <br> § <br> Defendant. § § § | CIVIL ACTION NO. 4:22-CV-00545 |

**DEFENDANT OPENSEA'S NOTICE OF DESIGNATION OF ATTORNEY-IN-CHARGE**

Defendant Ozone Networks, Inc. d/b/a OpenSea hereby designates Rodger R. Cole of Fenwick & West LLP as attorney-in-charge of this action pursuant to Rules 11 and 83 of the Local Rules for the Southern District of Texas. Mr. Cole is a member in good standing of the State Bar of California and is permitted to practice before this Court *pro hac vice* pursuant to the Court's March 11, 2022 Order. (ECF No. 12).

Dated: March 17, 2022

Respectfully submitted,

FENWICK & WEST LLP

Of Counsel:
Eric Ball (admitted *pro hac vice*)
Cal. Bar No. 241327
801 California Street
Mountain View, CA 94041
Tel.: (650) 988-8500
Fax: (650) 938-5200
eball@fenwick.com

By: */s/ Rodger R. Cole*
    Rodger R. Cole (admitted *pro hac vice*)
    Cal. Bar No. 178865
    801 California Street
    Mountain View, CA 94041
    Tel.: (650) 988-8500
    Fax: (650) 938-5200
    rcole@fenwick.com

Molly R. Melcher (admitted *pro hac vice*)
Cal. Bar No. 272950
555 California Street, 12th Floor
San Francisco, CA 94104
Tel.: (415) 875-2300

*Attorney-in-Charge for Defendant OpenSea*

1

Fax: (415) 281-1350
mmelcher@fenwick.com

Geoffrey R. Miller
Tex. Bar No. 24094847
S.D. Tex. Bar No. 3365078
902 Broadway, Suite 14
New York, NY 10010
Tel.: (212) 430-2600
Fax: (650) 988-8500
gmiller@fenwick.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed and served electronically through the Court's ECF System on all parties of interest in compliance with Federal Rule of Civil Procedure 5(b) and Local Rule 5.3 on March 17, 2022.

                                            */s/ Rodger R. Cole*
                                            Rodger R. Cole