# EXHIBIT 3
# (VIDEO CLIP ON DISC)