# EXHIBIT 4
# (VIDEO CLIP ON DISC)