# EXHIBIT 5
# (VIDEO CLIP ON DISC)